UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-20021-CR-GAYLES/GOODMAN

UNITED STATES OF AMERICA

vs.

JIN SUNG-IL, et al.,

      **Defendants.**
_____/

**NOTICE OF APPEARANCE**

The United States of America, through its undersigned Assistant United States Attorney, respectfully submits this Notice of Appearance, requesting that Assistant United States Attorney Sean Paul Cronin be informed of all future filings in the above-captioned case.

                              Respectfully submitted,

                              HAYDEN P. O'BYRNE
                              UNITED STATES ATTORNEY

By:    */s/ Sean Paul Cronin*
        Sean Paul Cronin
        Assistant United States Attorney
        Court No.A5500940
        99 N.E. 4th Street, Suite 400
        Miami, FL 33132
        Tel# (305) 961-9194
        Fax: (305) 530-6168
        sean.p.cronin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Sean Paul Cronin*
Sean Paul Cronin
Assistant United States Attorney
