UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES

UNITED STATES OF AMERICA

vs.

JIN SUNG-IL,
PEDRO ERNESTO ALONSO DE LOS REYES,
ERICK NTEKEREZE PRINCE,
PAK JIN-SONG, and
EMANUEL ASHTOR,

      **Defendants.**
_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Annika M. Miranda, hereby appears as counsel for the United States of America regarding any forfeiture matters in the above-styled case.

                                                Respectfully submitted,

                                                **HAYDEN P. O'BYRNE**
                                                **UNITED STATES ATTORNEY**

By:    *s/ Annika M. Miranda*
           Annika M. Miranda
           Assistant United States Attorney
           Florida Bar No. 64975
           99 N.E. 4th Street, 7th Floor
           Miami FL, 33132
           Telephone: (305) 961-9303
           E-mail: Annika.Miranda@usdoj.gov
           *Counsel for the United States of America*