UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-20021-CR-GAYLES
Chief Magistrate Judge Jonathan Goodman

**UNITED STATES OF AMERICA**

vs.

**JIN SUNG-IL,**
    a/k/a "진성일,"
    a/k/a "Jin Song-Il,"
    a/k/a "Pedro Alonso,"
    a/k/a "Richard Stewart,"
    a/k/a "Stewart Conn,"
    a/k/a "Kelsey Bane,"
**PEDRO ERNESTO ALONSO DE LOS REYES,**
**ERICK NTEKEREZE PRINCE,**
a/k/a "Eric Prince",
**PAK JIN-SONG,**
    a/k/a "박진성,"
a/k/a "Glaus Li,"
and
**EMANUEL ASHTOR,**
    a/k/a "Ndagijimana Emmanuel,"

    **Defendants.**
_____/

**ORDER DESIGNATING CLASSIFIED**
**INFORMATION SECURITY OFFICERS**

    The United States has filed a motion to designate a Classified Information Security Officer, pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established by the Chief Justice of the United States pursuant to Section 9 of CIPA.

    Accordingly, this Court designates Daniella M. Medel as the Classified Information Security Officer in this case, to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice. This Court further designates the following persons

as Alternate Classified Information Security Officers, to serve in the event Ms. Medel is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr Kurtov, William S. Noble, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

**DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of March, 2025.

_____
**HONORABLE DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record