UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20021-CR-GAYLES

**UNITED STATES OF AMERICA,**

      Plaintiff,

**vs.**

**JIN SUNG-IL,**
      a/k/a "진성일,"
      a/k/a "Jin Song-Il,"
      a/k/a "Pedro Alonso,"
      a/k/a "Richard Stewart,"
      a/k/a "Stewart Conn,"
      a/k/a "Kelsey Bane,"
**PEDRO ERNESTO ALONSO DE LOS REYES,**
**ERICK NTEKEREZE PRINCE,**
      a/k/a "Eric Prince",
**PAK JIN-SONG,**
      a/k/a "박진성,"
      a/k/a "Glaus Li,"
**and**
**EMANUEL ASHTOR,**
      a/k/a "Ndagijimana Emmanuel,"

      Defendants**.**

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES**

      Undersigned counsel, Jonathan D. Stratton, formerly an Assistant United States Attorney for the Southern District of Florida, respectfully moves this Court, pursuant to S.D. Fla. L.R. 11.1(d), for leave to withdraw as counsel of record because he is no longer employed by the United States Department of Justice.

      Accordingly, undersigned counsel no longer has authority to represent the United States in this matter and seeks leave of Court to withdraw as counsel of record.  The United States

Department of Justice will continue to represent the United States through duly authorized attorneys.

WHEREFORE, this motion is administrative in nature. Granting the motion will not prejudice any party and will not delay these proceedings.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an Order permitting Jonathan D. Stratton to withdraw as counsel of record for the United States of America in this matter.

Dated: January 6, 2026

                                                    Respectfully submitted,

/s/ *Jonathan D. Stratton*
Jonathan D. Stratton (Florida Bar No. 93075)
SPERLING KENNY NACHWALTER, LLC
Four Seasons Tower - Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
jstratton@sperlingkenny.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been efiled on January 6, 2026, through CM/ECF and served on all counsel and parties as registered therein.

                                              /s/ *Jonathan Stratton*
                                              Jonathan D. Stratton (Florida Bar No. 93075)